**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CLEMENTE REYES-SORIANO,<br><br>Defendant. | Case No.: 26-cr-1277-BJC<br><br>**JUDGMENT AND ORDER GRANTING UNITED STATES' MOTION TO DISMISS THE INDICTMENT WITHOUT PREJUDICE** |

Upon the motion of the United States, and good cause appearing therefrom, **IT IS HEREBY ORDERED** that the Indictment against Defendant, ECF No. 14, is dismissed without prejudice.

**IT IS SO ORDERED**.

DATED: April 22, 2026

_Benjamin Cheeks_

_____

HONORABLE BENJAMIN J. CHEEKS
UNITED STATES DISTRICT JUDGE